# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Fontana,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United of Omaha Life Insurance Company,<br><br>　　　　Defendant. | No. CV-15-02151-PHX-ROS<br><br>**ORDER** |

　　　　Pursuant to the Parties' Stipulation of Dismissal and good cause appearing,

　　　　**IT IS ORDERED** the stipulation (Doc. 56) is **GRANTED**. The plaintiff's claims are dismissed against defendant United of Omaha Life Insurance Company with prejudice, each party to bear its own attorneys' fees and costs.

　　　　Dated this 3rd day of January, 2017.

　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge